No. 329. RUSSELL ET AL. *v.* TODD ET AL. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the question of the application of the New York statute of limitations. *Messrs. Ralph M. Carson* and *Samuel A. Pleasants* for petitioners. *Mr. George A. Spiegelberg* for respondents.

No. 342. AMALGAMATED UTILITY WORKERS *v.* CONSOLIDATED EDISON CO., INC., ET AL. October 16, 1939. On consideration of the suggestion of a diminution of the record and motion for a writ of certiorari in that relation, the motion for a writ of certiorari is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is also granted. *Mr. Louis B. Boudin* for petitioner. *Mr. William L. Ransom* for respondents. *Messrs. Isaac Lobe Straus* and *Claude A. Hope* for International Brotherhood of Electrical Workers et al., respondents.

No. 195. CHAMBERS ET AL. *v.* FLORIDA. October 23, 1939. Motion for leave to proceed *in forma pauperis,* and petition for writ of certiorari to the Supreme Court of Florida, granted. *Mr. Leon Ransom* for petitioners. *Messrs. George Couper Gibbs,* Attorney General of Florida, and *Tyrus A. Norwood,* Assistant Attorney General, for respondent.

No. 354. FEDERAL HOUSING ADMINISTRATION, REGION No. 4, *v.* BURR, DOING BUSINESS AS SECRETARIAL SERVICE BUREAU. October 23, 1939. Petition for writ of certiorari to the Supreme Court of Michigan granted. *Solicitor General Jackson* for petitioner. *Mr. Gus O. Nations*

for respondent.

No. 370. MONTROSE CEMETERY Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Elden McFarland* and *E. J. Quinn* for petitioner. *Solicitor General Jackson* for respondent.

No. 355. UNITED STATES *v.* MOSCOW FIRE INSURANCE Co. ET AL. October 23, 1939. Petition for writ of certiorari to the Supreme Court of New York granted. The petitioner having applied for a stay pending the final disposition of the cause in this Court, It is hereby ordered that the application for a stay be granted and that the Bank of New York & Trust Company (Bank of New York) be, and it hereby is stayed from making any payment whatsoever pursuant to the judgment of the Supreme Court of the State of New York dated August 22, 1934 until further order of this Court. MR. JUSTICE REED took no part in the consideration and decision of these applications. *Solicitor General Jackson* for the United States. *Messrs. Paul C. Whipp* and *Lounsbury D. Bates* for Lucke; *Mr. Samson Selig* for Sawyer et al:; *Mr. George H. Engelhard* for Jakubovic et al.; *Mr. Hartwell Cabell* for Heckscher & Gottlieb et al.; and *Mr. Borris M. Komar* for Morro et al., respondents.

No. 383. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* CLIFFORD. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Jackson* for